Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com

Attorneys for Plaintiff, CRYSTAL DALE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| CRYSTAL DALE, | Case No.: 2:09-cv-02648-LOA |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| CHANNING & ASSOCIATES, LLC, | |
| Defendant. | |

**<u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff, CRYSTAL DALE, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: May 24, 2010                                          KROHN & MOSS, LTD.


By:/s/ Ryan Lee
     Ryan Lee, Esq.
     Attorneys for Plaintiff
     CRYSTAL DALE

- 1 -